FILED'06 JUN 23 16:18USDC·ORP

DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Vicki Wilkinson

        **Plaintiff,**

vs.                                     Civil No. 05-cv-01389-MA

**Commissioner of Social Security**

        **Defendant.**             **ORDER GRANTING AWARD
OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of **$5.97,** costs in the amount of **$10.80,** and

attorney's fees in the amount of **$4687.18** for total in the amount of **$4703.95,** pursuant to EAJA,

28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this **23** day of _June_ , 2006.

                        _Malcolm F. Marsh_
                    Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**